IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-02434-REB-MJW

CINDY H.  SANDOVAL,

Plaintiff,

v.

ANNA MARTINEZ-BARNISH, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendant's Unopposed Motion to Vacate Scheduling Conference (docket no. 17) is GRANTED for those reasons as stated in the motion and also for good cause shown.  The Rule 16 Scheduling Conference set on December 17, 2009, at 8:00 a.m. is VACATED.

It is FURTHER ORDERED that the parties shall file with this court a joint written status report on the first day of each month beginning January 2010.  In such status report the parties shall update this court on the status of the pending motion captioned "Defendant's Motion to Dismiss" [concerning sovereign immunity and failure to exhaust administrative remedies] (docket no. 16).

Date:  December 1, 2009