**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02434-REB-MJW

CINDY H. SANDOVAL,

     Plaintiff,

v.

ANNA MATINEZ-BARNISH, and
UNITED STATES DEPARTMENT OF ENERGY,

     Defendants.

## ORDER DISMISSING A PARTY

**Blackburn, J.**

The matter before me is the plaintiff's **Notice of Dismissal of the United States as a Party Defendant** [#29] filed January 26, 2010. After careful review of the notice and the file, I conclude that the notice should be approved and that the plaintiff's claims against defendant, The United States Department of Energy, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Notice of Dismissal of the United States as a Party Defendant** [#29] filed January 26, 2010, is **APPROVED**;

2. That plaintiff's claims against defendant, The United States Department of Energy, are **DISMISSED WITHOUT PREJUDICE**, with the parties to bear their attorney fees and costs; and

3. That defendant, The United States Department of Energy, is **DROPPED** as a party to this action, and the caption shall be amended accordingly.

Dated January 28, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge