**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02434-REB-MJW

CINDY H. SANDOVAL,

    Plaintiff,

v.

ANNA MATINEZ-BARNISH,

    Defendant.

## MINUTE ORDER

    The matter is before the court *sua sponte*. On January 26, 2010, plaintiff filed a **Notice of Dismissal of The United States as a Party Defendant** [#29]. The court entered its **Order Dismissing a Party** [#31] on January 28, 2010, approving the notice and dismissing defendant United States Department of Energy. In its order, the court inadvertently did not address the **United States Department of Energy's Motion To Dismiss** [#16] filed November 18, 2009. With the dismissal of the United States Department of Energy, the pending motion to dismiss should be denied as moot.

    **THEREFORE, IT IS ORDERED** that **United States Department of Energy's Motion To Dismiss** [#16] filed November 18, 2009, is **DENIED** as moot.

    Dated: July 20, 2010