IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02434-REB-MJW

CINDY H. SANDOVAL,

    Plaintiff,

v.

ANNA MARTINEZ-BARNISH,

    Defendant,

and

UNITED STATES OF AMERICA,

    Interested Party.

---

**ORDER REGARDING DEFENDANT'S MOTION TO STAY OF PROCEEDINGS
(DOCKET NO. 119)**

---

**Entered by Magistrate Judge Michael J. Watanabe**

This matter is before the court on the Defendant's Motion to Stay of Proceedings (docket no. 119).  The court has reviewed the subject motion (docket no. 119) and Plaintiff's Objection and Response to Defendant's Motion for Stay of Proceedings (docket no. 121).  In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law.  The court now being fully informed makes the following findings of fact, conclusions of law, and order.

### FINDING OF FACT AND CONCLUSIONS OF LAW

Defendant requests that this court enter a stay pending decision by the Tenth Circuit on Judge Blackburn's Order Adopting Recommendation of United States

2

Magistrate Judge (docket no. 103). In support of the subject motion (docket no. 119), Defendant, in essence, argues that a stay will serve the interests of judicial efficiency and economy and may afford a cost savings to Defendant if the Attorney General decides to represent Defendant.

Here, the court finds that Defendant has failed to demonstrate any real hardship or inequity if a stay is not granted. Ben Ezra, Weinstein, & Co. v. America Online Inc., 206 F.3d 980, 987 (10th Cir. 2000). In this case, discovery will need to be conducted whether Defendant's attorney Evan S. Lipstein represents Defendant or if the Attorney General represents Defendant. Accordingly, in this court's discretion and in the interest of justice pursuant to S.E.C. v. Nacchio, 2005 WL 1799372 (D. Colo. July 28, 2005), the Defendant's Motion to Stay of Proceedings (docket no. 119) should be denied.

## ORDER

**WHEREFORE**, based upon these findings of fact and conclusions of law, the court **ORDERS**:

1. That the Defendant's Motion to Stay for Proceedings (docket no. 119) is **DENIED**.

2. That each party shall pay their own attorney fees and costs.

Done this 4th day of February 2011.

BY THE COURT

s/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge