**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 09-cv-02434-WJM-MJW

CINDY H. SANDOVAL,

      Plaintiff,

v.

ANNA MATINEZ-BARNISH,

      Defendant.

---

## NOTICE OF DISCLOSURE

---

Please take notice that the undersigned United States District Judge William J. Martínez, states as follows:

In the course of my career as an attorney practicing before this Court, I was co-counsel in two separate cases with Attorney Elwyn F. Schaefer, one of the lawyers for Plaintiff in this case.

I have no previous knowledge or understanding of any of the facts or claims presented here. I believe I can be fair and impartial to all parties and counsel in this case.

Nevertheless, any party wishing to suggest my recusal must do so by 12:00 p.m., Wednesday March 2, 2011. Any such filing should discuss legal authority, if any, in support of the suggestion.

Dated February 24, 2011.

1

BY THE COURT:

s/ *William J. Martínez*
United States District Judge