IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date:  March 28, 2011 |
| Court Reporter:      Gwen Daniel | |

_____

| | |
|---|---|
| Civil Case No.   09-cv-02434-WJM-MJW | Counsel: |
| CINDY H. SANDOVAL, | Elwyn F. Schaefer |
| | Sara A. Green |
|     Plaintiff, | |
| v. | |
| ANNA MARTINEZ-BARNISH, | Evan S. Lipstein |
|     Defendant, | |
| and | |
| UNITED STATES OF AMERICA, | Juan G. Villasenor |
|     Interested Party. | |

_____

### COURTROOM MINUTES
_____

Motions Hearing

09:37 a.m.    Court in Session

Appearances

Court's comments

All counsel confirm that there are no suggestions of recusal with regard to the Notice of Disclosure entered by the Court on February 24, 2011 (Doc No. 145).

The Court addresses the two pending motions: 1) Defendant's Objection to Magistrate Judge's Order (Doc No. 129); and 2) Defendant's Motion for Stay of Proceedings Pending Resolution of Objection to Magistrate Judge's Order (Doc No. 130).

09:41 Argument by Mr. Lipstein

10:00 Argument by Ms. Green

10:10 Argument by Mr. Villasenor

10:16 Argument by Mr. Lipstein

**ORDERED:** **The Defendant's Objection to Magistrate Judge's Order denying the stay of these proceedings (Doc No. 129) is TAKEN UNDER ADVISEMENT.**

**A written order will issue. A new discovery cutoff date and a new dispositive motion deadline, which comport with the Court's ruling on the objection, will be set forth in the written order.**

**ORDERED:** **Defendant's Motion for Stay of Proceedings Pending Resolution of Objection to Magistrate Judge's Order (Doc No. 130) is GRANTED. The proceedings are stayed until this Court rules on Defendant's Rule 72 objection at issue in this hearing.**

10:20 a.m.   Court in Recess
             Hearing concluded
             Time: /49