IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02434-WJM-MJW

CINDY H. SANDOVAL,

Plaintiff,

v.

ANNA MARTINEZ-BARNISH,

Defenda

and

UNITED STATES OF AMERICA,

Interested Party.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that Plaintiff's Motion for Protective Order (docket no. 162) is GRANTED as follows finding good cause shown.  The written Protective Order (docket no. 162-1) is APPROVED as amended in paragraphs 7 and 12 and made an Order of Court.

Date: November 14, 2011