**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 09-cv-02434-WJM-MJW

CINDY H. SANDOVAL,

      Plaintiff,

v.

ANNA MARTINEZ-BARNISH,

      Defendant,

---

**ORDER ON OBJECTIONS TO CHRISTOPHER POWERS'S TESTIMONY**

---

At the trial of this matter, which is set to commence on January 14, 2013, the testimony of Christopher Powers will be presented by way of audio recording.  On January 7, 2013, the parties filed a transcript with their designations of the portions of Mr. Powers's testimony that they intend to present at trial.  (ECF Nos. 220 & 222.)  Defendant also filed objections to certain portions of the testimony which Plaintiff had designated.  (ECF No. 221.)

The Court has reviewed the designated portions of the transcript as well as Defendant's objections.  Defendant's objection is SUSTAINED with respect to p. 17, lines 19-20 but OVERRULED in all other respects.

Dated this 10th day of January, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge