IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Case No. 09-cv-02434-WJM-MJW

CINDY H. SANDOVAL,

    Plaintiff,

v.

ANNA MARTINEZ-BARNISH,

    Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND/OR DEPOSITIONS

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and/or depositions until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus ~~sixty~~ thirty J.V. days.

DATED at Denver, Colorado this 15 day of January 2013.

BY THE COURT

_____
William J. Martínez, Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendant